KARL G. ANUTA (OSB #861423)
Law Office of Karl G. Anuta, P.C.
735 S.W. First Avenue, 2nd Floor
Portland, OR  97204
kga@integra.net
Phone:  (503) 827-0320 | Fax:  (503) 228-6551
*Local Counsel for Plaintiff WaterWatch of Oregon*

JANETTE K. BRIMMER (WSB #41271)
*[Appearing Pro Hac Vice]*
ANNA M. SEWELL (WSB #48736)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
jbrimmer@earthjustice.org
asewell@earthjustice.org
Phone: (206) 343-7340 | Fax:  (206) 343-1526
*Lead Counsel for Plaintiff WaterWatch of Oregon*

LAUREN M. RULE (OSB #015174)
ELIZABETH H. ZULTOSKI (OSB #105482)
Advocates for the West
3115 NE Sandy Blvd., Suite 223
Portland, OR  97232
lrule@advocateswest.org
ezultoski@advocates.org
Phone:  (503) 914-6388
*Counsel for Plaintiff Center for Biological Diversity*

THE HONORABLE JOLIE RUSSO
THE HONORABLE ANN AIKEN

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, <br><br>**Plaintiff**, <br><br>v. <br><br>**U.S. BUREAU OF RECLAMATION**, | Case No. 6:15-cv-02358-JR <br>Consolidated with <br>Case No. 6:16-cv-00035-JR <br><br>REQUESTS FOR STAY OF FORMAL OPINION AND TO SET SCHEDULE |

REQUESTS FOR STAY AND TO SET SCHEDULE
(Consolidated Case No. 6:15-cv-02358-JR) - 1

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

| | |
|---|---|
| **Defendant**, | FOR MEDIATION AND BIFURCATED TRIAL |
| and | |
| **ARNOLD IRRIGATION DISTRICT, CENTRAL OREGON IRRIGATION DISTRICT, LONE PINE IRRIGATION DISTRICT, NORTH UNIT IRRIGATION DISTRICT, TUMALO IRRIGATION DISTRICT,** | |
| **Intervenor Defendants**. | |
| **WATERWATCH OF OREGON**, | Case No. 6:16-cv-00035-JR |
| **Plaintiff**, | |
| v. | |
| **U.S. BUREAU OF RECLAMATION, CENTRAL OREGON IRRIGATION DISTRICT, NORTH UNIT IRRIGATION DISTRICT**, and **TUMALO IRRIGATION DISTRICT**, | |
| **Defendants**, | |
| and | |
| **ARNOLD IRRIGATION DISTRICT, LONE PINE IRRIGATION DISTRICT,** | |
| **Intervenor Defendants**. | |

Plaintiffs Center for Biological Diversity and WaterWatch of Oregon file this request in accordance with the Court's Minutes of Motion Hearing dated March 23, 2016 and Local Rules 16 and 40.

Plaintiffs request the Court stay issuance of a formal opinion on the Motion for Preliminary Injunction and set a schedule to move this case to mediation and, ultimately, a trial

REQUESTS FOR STAY AND TO SET SCHEDULE
(Consolidated Case No. 6:15-cv-02358-JR) - 2

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

on the merits of the case only, with enough time in the case schedule to conduct the mediation. Plaintiffs note that the parties had all agreed previously to mediate at the suggestion of Magistrate Coffin and Plaintiffs continue to support such a mediation in recognition of and in accordance with the Court's discussion and direction at the hearing on March 22, 2016. Plaintiffs request a scheduling conference in order to set a mediation date as soon as schedules will allow.

    Plaintiffs appreciate the Court's hearing and expeditious ruling on this matter and desire to move forward as suggested by the Court.  Therefore, Plaintiffs request a stay of issuance of the formal opinion as Plaintiffs believe it is more productive and efficient to move to mediation and resolution of underlying issues in the case, and that an appealable final, formal opinion is not required to move the matter forward.

    Plaintiffs further request that a trial date, on the merits of Plaintiffs' claims only (with remedy to be determined later, if necessary), be set as soon as schedules allow after November 15, 2016, in order to allow enough time in the interim to complete mediation efforts to reach a resolution of the issues in the case.

    Respectfully submitted this _____ day of March, 2016.

    */s/ Janette K. Brimmer*
JANETTE K. BRIMMER (WSB #41271)
*[Appearing Pro Hac Vice]*
ANNA M. SEWELL (WSB # 48736)
*[Appearing Pro Hac Vice]*
Earthjustice
705 Second Avenue, Suite 203
Seattle, WA  98104
jbrimmer@earthjustice.org
asewell@earthjustice.org
Phone:  (206) 343-7340 | Fax:  (206) 343-1526

*Lead Counsel for Plaintiff*

REQUESTS FOR STAY AND TO SET SCHEDULE
(Consolidated Case No. 6:15-cv-02358-JR) - 3

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

KARL G. ANUTA (OSB #861423)
Law Office of Karl G. Anuta, P.C.
735 S.W. First Avenue, 2nd Floor
Portland, Oregon  97204
kga@integra.net
Phone:  (503) 827-0320 | Fax:  (503) 228-6551

*Local Counsel for Plaintiff*

LAUREN M. RULE (OSB # 015174)
ELIZABETH H. ZULTOSKI (OSB # 105482)
Advocates for the West
3115 NE Sandy Blvd., Suite 223
Portland, OR  97232
lrule@advocateswest.org
ezultoski@advocates.org
Phone:  (503) 914-6388

*Counsel for Plaintiff Center for Biological Diversity*

REQUESTS FOR STAY AND TO SET SCHEDULE
(Consolidated Case No. 6:15-cv-02358-JR) - 4

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA  98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I certify that on March 23, 2016 , I electronically filed the foregoing with the Clerk of the Court using the appellate CM/ECF system, which system will serve all parties who are registered participants.

                                              */s/ Janette K. Brimmer*
                                              Janette K. Brimmer

REQUESTS FOR STAY AND TO SET SCHEDULE
(Consolidated Case No. 6:15-cv-02358-JR) - 5

*Earthjustice*
*705 Second Ave., Suite 203*
*Seattle, WA 98104*
*(206) 343-7340*